App. Cal., 4th App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408.

No. 02–1055. WOODFORD, WARDEN v. PAYTON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Woodford* v. *Garceau, ante,* p. 202.

No. D–2335. IN RE DISBARMENT OF KOVLER. Disbarment entered. [For earlier order herein, see 537 U. S. 1085.]

No. 02M81. HUNTERSON v. DISABATO ET AL.;
No. 02M82. HUTH v. YOUNG, JUDGE;
No. 02M83. BARKER v. BAYLESS;
No. 02M85. CUNNINGHAM v. LEWENSON ET AL.; and
No. 02M86. HOLT v. STATE ATTORNEY OFFICE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M84. EVANS v. ARKANSAS BOARD OF EDUCATION ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 02M88. REID v. TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 02–249. PEABODY COAL CO. v. GROVES ET AL., 537 U. S. 1147. Motion of respondent Wilma J. Groves for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Sixth Circuit. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 02–628. FREW, ON BEHALF OF HER DAUGHTER, FREW, ET AL. v. HAWKINS, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 905.] Motion of the parties to dispense with printing the joint appendix granted.

No. 02–813. GREEN FIRE & MARINE INSURANCE CO., LTD., FKA KUKJE HWAJAE INSURANCE CO., LTD. v. M/V HYUNDAI LIBERTY. C. A. 9th Cir.;

No. 02–1028.   NORFOLK SOUTHERN RAILWAY CO. *v.* JAMES N. KIRBY, PTY LTD., DBA KIRBY ENGINEERING, ET AL.   C. A. 11th Cir.; and

No. 02–1192.   COOPER INDUSTRIES, INC. *v.* AVIALL SERVICES, INC.   C. A. 5th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 02–9054.   KAFELE *v.* KARNES ET AL.   Sup. Ct. Ohio.   Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 12, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–1427.   IN RE ONAPOLIS ET UX.;

No. 02–9051.   IN RE COOPER;

No. 02–9616.   IN RE PHELPS; and

No. 02–9845.   IN RE CALLAHAN.   Petitions for writs of habeas corpus denied.

No. 02–8786.   IN RE RODRIGUEZ; and

No. 02–9114.   IN RE WARDELL.   Petitions for writs of mandamus denied.

No. 02–1329.   IN RE BLYDEN; and

No. 02–9023.   IN RE SCRUGGS.   Petitions for writs of mandamus and/or prohibition denied.

No. 02–1019.   ARIZONA *v.* GANT.   Ct. App. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 02–1183.   UNITED STATES *v.* PATANE.   C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 02–1080.   GENERAL DYNAMICS LAND SYSTEMS, INC. *v.* CLINE ET AL.   C. A. 6th Cir.   Motions of Equal Employment Advisory Council et al. and Central States, Southeast and Southwest Areas Health and Welfare Fund for leave to file briefs as *amici curiae* granted.   Certiorari granted.

No. 02–1196.   SECURITIES AND EXCHANGE COMMISSION *v.* EDWARDS.   C. A. 11th Cir.   Motions of North American Securities